UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04CR629 RWS |
| | ) |
| ANTOINE GORDON, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on defendant Antoine Gordon's motions to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge David D. Noce. An evidentiary hearing was held on March 29, 2005, and thereafter Judge Noce filed his Report and Recommendation regarding the defendant's motions.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Noce set forth in support of his recommended rulings issued on July 1, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED, and**

**INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to suppress evidence and statements [#291, #351] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2005.